## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BANK 34 (Formerly Known as
ALAMOGORDO FEDERAL SAVINGS
& LOAN), a Federally Chartered
Stock Savings Bank,

Plaintiff,

vs.                                                   No. 11-CV-912 MCA/CG

BANKERS' BANK OF THE WEST,

Defendant.

### ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

**THIS MATTER** is before the Court on *Defendants' Motion to Admit Pro Hac Vice.* (Doc. 7). The Court, having considered the motion, noting that it complies with the terms of D.N.M.L.R. 83.3, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that *Defendants' Motion to Admit Pro Hac Vice,* (Doc. 7), be **GRANTED**. Joshua Horn is admitted to practice *pro hac vice* in the above-captioned case.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE